A. H. THOMAS AND MARY ELIZABETH THOMAS, *Appellants,*
v. JOHN A. RITTER AND JOSIE A. RITTER, HIS WIFE,
*Appellees.*

Division B.

Decision Filed October 19, 1927.

*Walter D. Payne,* for Appellants;

*Shutts & Bowen,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the
Court that there is no error in the said decree; it is, there-
fore, considered, ordered and adjudged by the Court that
the said decree of the Circuit Court be, and the same is
hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.